

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**



**United States Bankruptcy Judge**

**Signed December 15, 2010**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 10-70557-hdh13 |
| SHEA DONOVAN CASSADAY & | § | |
| SARA ELLEN CASSADAY | § | |
|    Debtor | § | Chapter 13 |
| | § | |
| BROWNING'S RELIABLE CARS & TRUCKS | § | |
|    Creditor | § | |
| | § | |
| vs. | § | |
| | § | |
| SHEA DONOVAN CASSADAY & | § | |
| SARA ELLEN CASSADAY | § | |
|    Debtor | § | |

### AGREED ORDER LIFTING STAY

On September 22, 2010 came on for consideration the Motion to Lift Stay of BROWNING'S

RELIABLE CARS & TRUCKS, and appearing before the Court were counsel for BROWNING'S

RELIABLE CARS & TRUCKS, and counsel for the Debtor(s) appeared and the Court hereby finds

---

and orders as follows:

1. The automatic stay of 11 U.S.C. Section 362 shall terminate on the date of the signing of this Order of this Court thereby allowing Movant, Brownings Reliable Cars & Trucks, to foreclose on and sell the 2002 Mazda 626, VIN 1YVGF22C825303138.

2. This Order shall remain in effect in the event of conversion to another Chapter proceeding, and is applicable to the successors to all parties of this Order. Notwithstanding anything to the contrary contained herein, this Order shall not expire upon the dismissal of this case or the subsequent filings of bankruptcy by the Debtor(s).

3. This Order waives the ten (10) day requirement pursuant to Bankruptcy Rule 4001(a)(3).

### End of Order ###

AGREED AND APPROVED:

  /s/ Gail E. Stock
GAIL E. STOCK
Bar Card No. 05102400
gestock@jamesondunagan.com
JOHN E. JOHNSON
Bar Card No. 24025457
jejohnson@jamesondunagan.com
3890 W. Northwest Highway, Suite 600
Dallas, Texas  75220
(214) 369-6422 - phone
(214) 369-9175 - fax
Attorney(s) for Movant
BROWNING'S RELIABLE CARS & TRUCKS


     /s/ Monte J. White
MONTE J. WHITE, Attorney for Debtor(s)